Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Tuan V. Uong (SBN 272447)
Email: tuong@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:    +1 213 457 8080

Attorneys for Defendant
CREDIT ONE BANK, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### JAMES M. CARTER AND JUDITH N. KEEP UNITED STATES COURTHOUSE

| | |
|---|---|
| MARTHA GABRIELA SILVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK, N.A.,<br><br>Defendant. | Case No.: 3:16-cv-00651-DMS-DHB<br><br>**NOTICE OF JOINT DISMISSALS**<br><br>Honorable Dana M. Sabraw |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Federal Rules of Civil Procedure Rule 41(1)(a)(2), counsel for the respective Plaintiffs and Defendant Credit One Bank, N.A. (collectively, the "Parties"), hereby request that following listed matters be dismissed **with prejudice**:

*Jones v. Credit One Bank, N.A.*, 3:16-cv-00940-DMS-DHB;

*Dorsey v. Credit One Bank, N.A.*, 3:16-cv-00915-DMS-DHB;

*Gill v. Credit One Bank, N.A.*, 3:16-cv-00913-DMS-MDD;

*Harris v. Credit One Bank, N.A.*, 3:16-cv-00908-DMS-DHB;

*Byers v. Credit One Bank, N.A.*, 3:16-cv-00904-DMS-DHB;

*Bare v. Credit One Bank, N.A.*, 3:16-cv-00710-DMS-DHB;

*Chism v. Credit One Bank, N.A.*, 3:16-cv-00672-DMS-DHB;

*Gomez v. Credit One Bank, N.A.*, 3:16-cv-00659-DMS-DHB;

*Lawrence v. Credit One Bank, N.A.*, 3:16-cv-00658-DMS-DHB; and

*Silva v. Credit One Bank, N.A.*, 3:16-cv-00651-DMS-DHB.

In addition, the Parties request that the following listed matter be dismissed **without prejudice**:

*Garcia v. Credit One Bank, N.A.*, 3:16-cv-00706-DMS-DHB;

Respectfully submitted,

DATED:  March 8, 2019          REED SMITH LLP

                               By:   /s/ Tuan V. Uong
                                   Tuan V. Uong
                                   Attorneys for Defendant
                                   CREDIT ONE BANK, N.A.

DATED:  March 8, 2019          ANKCORN LAW FIRM PLLC

                               By:   /s/ Mark Ankcorn
                                   Mark Ankcorn
                                   Attorney for Plaintiffs
                                   Martha Gabriela Silva, et al.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ATTESTATION REGARDING SIGNATURES**

I, Tuan V. Uong, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 8, 2019

                                      REED SMITH LLP

                                      By:  /s/ Tuan V. Uong
                                            Tuan V. Uong
                                            Attorneys for Defendant
                                            CREDIT ONE BANK, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware