1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARTHA GABRIELA SILVA, an individual, | Case No. 3:16-cv-00651-DMS-DHB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS CASES** |
| v. | |
| CREDIT ONE BANK, N.A., | |

Pursuant to Federal Rules of Civil Procedure Rule 41(1)(a)(2), the Court GRANTS the parties' joint motion to dismiss the following cases **with prejudice:**

Jones v. Credit One Bank, N.A., 3:16-cv-00940-DMS-DHB;

Dorsey v. Credit One Bank, N.A., 3:16-cv-00915-DMS-DHB;

Gill v. Credit One Bank, N.A., 3:16-cv-00913-DMS-MDD;

Harris v. Credit One Bank, N.A., 3:16-cv-00908-DMS-DHB;

Byers v. Credit One Bank, N.A., 3:16-cv-00904-DMS-DHB;

Bare v. Credit One Bank, N.A., 3:16-cv-00710-DMS-DHB;

Chism v. Credit One Bank, N.A., 3:16-cv-00672-DMS-DHB;

Gomez v. Credit One Bank, N.A., 3:16-cv-00659-DMS-DHB;

Lawrence v. Credit One Bank, N.A., 3:16-cv-00658-DMS-DHB; and

Silva v. Credit One Bank, N.A., 3:16-cv-00651-DMS-DHB.

Case No. 3:17cv2299 DMS (JMA)

| | |
|---|---|
| 1 | And the following case to be dismissed **without prejudice:** |
| 2 | Garcia v. Credit One Bank, N.A., 3:16-cv-00706-DMS-DHB. |
| 3 | **IT IS SO ORDERED.** |
| 4 | |
| 5 | Dated:  March 20, 2019 |
| 6 | Hon. Dana M. Sabraw |
| | United States District Judge |

Case No. 3:17cv2299 DMS (JMA)